IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Fleming, Ericka L | Case Number: 08 B 16474 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 6/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: March 6, 2009
Confirmed: September 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,600.00 | |
| Secured: | | 950.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,347.56 |
| Trustee Fee: | | 302.44 |
| Other Funds: | | 0.00 |
| Totals: | 4,600.00 | 4,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 3,347.56 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual | Secured | 0.00 | 0.00 |
| 5. | Toyota Motor Credit Corporatio | Secured | 17,043.19 | 950.00 |
| 6. | Real Time Resolutions | Unsecured | 28,254.72 | 0.00 |
| 7. | Toyota Motor Credit Corporatio | Unsecured | 80.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 3,605.00 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,585.67 | 0.00 |
| 10. | America's Servicing Co | Secured | | No Claim Filed |
| 11. | America's Servicing Co | Secured | | No Claim Filed |
| 12. | City Of Chicago | Secured | | No Claim Filed |
| 13. | City Of Chicago | Secured | | No Claim Filed |
| 14. | Westgate Resorts Ltd | Secured | | No Claim Filed |
| 15. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 16. | State Farm Bank | Unsecured | | No Claim Filed |
| 17. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 18. | Westgate Resorts Ltd | Unsecured | | No Claim Filed |
| 19. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 20. | City Of Chicago | Unsecured | | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 22. | Cook County Hospital | Unsecured | | No Claim Filed |
| 23. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| | | | $ 55,042.58 | $ 4,297.56 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fleming, Ericka L | Case Number: 08 B 16474 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 6/26/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 74.75 |
| 6.6% | 227.69 |
| | $ 302.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*